UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD C. TRIANO,

                Plaintiff,

   -against-

THE TOWN OF HARRISON and THE
TOWN OF HARRISON POLICE
DEPARTMENT,

                Defendants.
-----------------------------------------------------------X

**07 CIV. 6710**

**BRIEANT**

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1441 *et. seq.* and Local Rule 81.1(b), defendants, THE

TOWN OF HARRISON and TOWN OF HARRISON POLICE DEPARTMENT,

("Defendants") hereby give notice of the removal of a civil action entitled:

-----------------------------------------------------------------------X
RICHARD C. TRIANO,

                                         Plaintiff,

       -against-

THE TOWN OF HARRISON and
THE TOWN OF HARRISON POLICE DEPARTMENT,
                                       Defendants.
-----------------------------------------------------------------------X

from the Supreme Court of the State of New York, County of Westchester, Index

No.11819/07 to the United States District Court for the Southern District of New York.

The grounds for removal are that the instant matter raises questions of Federal law.

As alleged in the Summons with Notice filed in Supreme Court of the State of New York, County of Westchester, the plaintiff has asserted that the defendants have violated his civil rights. Specifically, the Plaintiff has alleged that the nature of his action involves claims for "false arrest and detainment, malicious prosecution, violation of civil rights and personal injuries sustained by the Plaintiff caused by the Town of Harrison, its servants and/or employees and by the actions of the Town of Harrison Police Department. As jurisdiction under 28 USC §1331, 1343 and 42 USC §1983 lies in the Federal Court for claims alleging violations of Civil Rights, removal is proper.

The removal of the action from State Court is timely. The Town Attorney's Office was served with the Summons with Notice on June 29, 2007. Thereafter, on July 9, 2007, the Defendants served a Notice of Appearance and a Demand for a Complaint. The instant notice of removal is being made within 30 days of receipt of the pleadings.

No jury demand was made in the State Court prior to removal.

A copy of the Summons with Notice and the Notice of Appearance and Demand for a Complaint is appended to this Notice of Removal.

Pursuant to Local Rule 81.1(b), within twenty days after the service of this

Notice of Removal the defendants will file a copy of all records and proceedings of the State Court with the clerk of this Court.

Dated:    Lake Success, New York
            July 25, 2007

                        FRIEDMAN, HARFENIST, LANGER & KRAUT
                        Attorneys for Defendants
                        3000 Marcus Avenue
                        Suite 2E1
                        Lake Success, New York 11042
                        516-775-5800

                        By: _____
                            Neil Torczyner

To:    Thomas F. Fanelli, Jr. Esq.
       175 Main Street, Suite 314
       White Plains, New York 10601

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------X

RICHARD C. TRIANO,

             Plaintiff,
  -against-

THE TOWN OF HARRISON and
THE TOWN OF HARRISON POLICE DEPARTMENT,
             Defendants

------------------------------------------X

Index No. 11819/2007
Date Summons Filed:

Plaintiff designates
Westchester County
as the place of trial

SUMMONS WITH NOTICE

Plaintiff resides at
129 East Columbus Avenue
East White Plains, NY 10604

To the above named Defendants:

    YOU ARE HEREBY SUMMONED to serve a notice of appearance on Plaintiff's Attorneys within twenty (20) days after the service of this summons, exclusive of the day of service) or within (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear, judgment will be taken against you by default for the relief demanded in the notice set forth below.

Dated June 29, 2007

                                     Thomas F. Fanelli, Jr., Esq.
                                     Attorney for Plaintiff
                                     175 Main Street, Suite 314
                                     White Plains, NY 10601
                                     (914) 948-8700  FAX 914-948-8796

    NOTICE: The nature of this action is recover for false arrest and detainment, malicious prosecution, violation of civil rights and personal injuries sustained by the Plaintiff caused by the TOWN OF HARRISON, its servants and/or employees and by the actions of the TOWN OF HARRISON POLICE DEPARTMENT.

    The relief sought is a monetary judgement in the amount of FIVE MILLION and no/100s ($5,000,000.00) DOLLARS and such other and further relief as the Court may deem just and proper.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-------------------------------------------------------X
RICHARD C. TRIANO,                                    INDEX NO. 11819/07
                        Plaintiffs,
     - against -                                      NOTICE OF
                                                      APPEARANCE AND
                                                      DEMAND FOR
THE TOWN OF HARRISON and THE TOWN                     COMPLAINT
OF HARRISON POLICE DEPARTMENT,
                        Defendants.
-------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned have been retained by and appear for the Defendants in this action and demand that a copy of the complaint and all notices and other papers therein be served on us at our offices located at 3000 Marcus Avenue, Lake Success, Nassau County, New York.

Dated: Lake Success, New York
       July 9, 2007

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              3000 Marcus Avenue
                              Suite 2E1
                              Lake Success, New York  11042
                              (516) 775-5800

                              By: _____
                                   Neil Torczyner

To:  Thomas F. Fanelli, Jr. Esq.
     175 Main Street, Suite 314
     White Plains, New York 10601