UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RICHARD C. TRIANO,                                    07 CIV 6710 (CLB)
                       Plaintiffs,

      -against-
                                            **NOTICE OF MOTION**

THE TOWN OF HARRISON and THE
TOWN OF HARRISON POLICE
DEPARTMENT,
                       Defendants.
--------------------------------------------------------X

***PLEASE TAKE NOTICE*** that upon the Memorandum of Law dated the 26th day of November, 2007, the Declaration of Neil Torczyner and all the papers and pleadings heretofore had herein, Defendants, THE TOWN OF HARRISON and THE TOWN OF HARRISON POLICE DEPARTMENT, shall move this Court on December 14, 2007 at 9:30 A.M. of that day or as soon thereafter as counsel can be heard before the Hon. Charles L. Brieant, at the United States District Court, Southern District of New York, located at 300 Quarropas Street, White Plains, New York, for an Order pursuant to Federal Rule of Civil Procedure 4(m) or in the alternative pursuant to Federal Rule of Civil Procedure 16(f) dismissing the instant action against the Defendants, THE TOWN OF HARRISON and THE TOWN OF HARRISON POLICE DEPARTMENT, based on the Plaintiff's failure to file and serve a complaint, and for such other and further relief as may be just, proper and equitable under the circumstances existing herein.

Dated:    Lake Success, New York
            November 26, 2007

                        FRIEDMAN, HARFENIST, LANGER & KRAUT
                        Attorneys for Defendants
                        3000 Marcus Avenue
                        Suite 2E1
                        Lake Success, New York 11042
                        516-775-5800

                        By:_____S_____
                              Neil Torczyner

To:    Thomas F. Fanelli, Jr. Esq.
       175 Main Street, Suite 314
       White Plains, New York 10601