COPY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
---------------------------------------X

RICHARD C. TRIANO,

         Plaintiff,
  -against-

THE TOWN OF HARRISON and
THE TOWN OF HARRISON POLICE DEPARTMENT,
         Defendants

---------------------------------------X

Index No. 11819/2007
Date Summons Filed:

Plaintiff designates
Westchester County
as the place of trial

SUMMONS WITH NOTICE

Plaintiff resides at
129 East Columbus Avenue
East White Plains, NY 10604

To the above named Defendants:

    YOU ARE HEREBY SUMMONED to serve a notice of appearance on Plaintiff's Attorneys within twenty (20) days after the service of this summons, exclusive of the day of service) or within (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear, judgment will be taken against you by default for the relief demanded in the notice set forth below.

Dated June 29, 2007

Thomas F. Fanelli, Jr., Esq.
Attorney for Plaintiff
175 Main Street, Suite 314
White Plains, NY 10601
(914) 948-8700  FAX 914-948-8796

    NOTICE: The nature of this action is recover for false arrest and detainment, malicious prosecution, violation of civil rights and personal injuries sustained by the Plaintiff caused by the TOWN OF HARRISON, its servants and/or employees and by the actions of the TOWN OF HARRISON POLICE DEPARTMENT.

    The relief sought is a monetary judgement in the amount of FIVE MILLION and no/100s ($5,000,000.00) DOLLARS and such other and further relief as the Court may deem just and proper.