SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------X
RICHARD C. TRIANO,

              Plaintiffs,

- against -

THE TOWN OF HARRISON and THE TOWN
OF HARRISON POLICE DEPARTMENT,

              Defendants.
------------------------------------------------------X

INDEX NO. 11819/07

NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT

PLEASE TAKE NOTICE, that the undersigned have been retained by and appear for the Defendants in this action and demand that a copy of the complaint and all notices and other papers therein be served on us at our offices located at 3000 Marcus Avenue, Lake Success, Nassau County, New York.

Dated: Lake Success, New York
       July 9, 2007

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              3000 Marcus Avenue
                              Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800

                              By: _____
                                   Neil Torczyner

To: Thomas F. Fanelli, Jr. Esq.
     175 Main Street, Suite 314
     White Plains, New York 10601