STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NASSAU       )

LOREN BASSO, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

On November 26, 2007, deponent served the within

### NOTICE OF MOTION
### &
### MEMORANDUM OF LAW

upon the following person(s) herein at the following address(s), by depositing true copies of same enclosed in properly addressed, post-paid wrapper(s), by overnight mail requested under the exclusive care and custody of FedEx.

TO:
Thomas F. Fanelli, Esq.
175 Main Street
White Plains, NY 10601

_____
LOREN BASSO

Sworn to before me this
26th day of November, 2007

_____
NOTARY PUBLIC

NIRVANA SINGH MOHAMED
Notary Public, State of New York
No. 01SI5139156
Qualified in Queens County
Commission Expires Jan. 8, 2010