UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
RICHARD C. TRIANO,
           Plaintiff,

07 CIV 6710 (CLB)

-against-

THE TOWN OF HARRISON and THE
TOWN OF HARRISON POLICE DEPARTMENT,
           Defendants.
---------------------------------------X

DISCONTINUANCE OF ACTION

    Plaintiff by his attorney, THOMAS F. FANELLI, JR., Esq., duly admitted to practice in the Southern District of New York to practice law, respectfully states:

    1. The Plaintiff hereby withdraws and discontinues the above caption action against the Defendants, without prejudice and without costs.

Dated December 12, 2007
White Plains, New York

_____
Richard C. Triano, Plaintiff

_____
Thomas F. Fanelli, Jr., Esq.
Attorney for Plaintiff
175 Main Street, Suite 314
White Plains, New York 10601
914-948-8700

_____
Town of Harrison, Defendant

_____
The Town of Harrison Police
Department, Defendant

_____
Friedman, Harfenist, Langer
& Kraut, Attorneys for Defendants
3000 Marcus Avenue Suite 2E1
Lake Success, New York 11042
516-775-5800

So ordered: December 14, 2007

_____
Charles Brieant
USDJ

# FRIEDMAN, HARFENIST, LANGER & KRAUT, LLP
ATTORNEYS AT LAW
3000 MARCUS AVENUE – SUITE 2E1
LAKE SUCCESS, NEW YORK 11042
PHONE: (516) 775-5800    FAX: (516) 775-4082

RUSSELL C. FRIEDMAN
STEVEN J. HARFENIST
JONATHAN D. KRAUT

ANDREW C. LANG
CHARLES H. HORN
NEIL TORCZYNER
HEATHER L. SMAR
JOSEPH N. ARMAO
LEO K. NAPIOR

OF COUNSEL:
STANLEY M. LANGER
JOSEPH L. LATWIN

WESTCHESTER COUNTY OFFICE:
2975 WESTCHESTER AVENUE – SUITE 415
PURCHASE, NEW YORK 10577
PHONE: (914) 701-0800
FAX: (914) 701-0808

December 12, 2007

U.S. District Court Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

By: Facsimile Transmission

RE:   Triano v. Town of Harrison et al
      Docket No. 07 CV 6710 (CLB)

Dear Judge Brieant:

Reference is made to the above captioned matter. The Plaintiff in this matter is represented by Thomas F. Fanelli and the Defendants are represented by the firm of Friedman, Harfenist, Langer and Kraut. A copy of this letter is being simultaneously transmitted to counsel for the Plaintiffs.

As your honor is aware, the Defendants have filed a motion to dismiss that is currently returnable on December 14, 2007. As per my conversation with Lisa of your chambers earlier this afternoon, please be advised that the Plaintiff has indicated that he wishes to discontinue the action without prejudice. I have enclosed a copy of the stipulation prepared by the Plaintiff and executed by all parties with this correspondence. Additionally, as per the direction of the ECF office, I will email the stipulation to the Orders and Judgments Clerk as it cannot be directly filed by ECF to the docket sheet.

Thank you for your attention to this matter. If you have any questions or require additional information, please do not hesitate to contact me at the number listed above.

Sincerely,
FRIEDMAN, HARFENIST, LANGER & KRAUT

By: Neil Torczyner

Encl.
CC: Thomas Fanelli, Esq.